■  In the Matter of JAMES P. McGARRY, an Attorney.— Motion to extend effective date of respondent's suspension to May 15, 1975 and for other relief granted only to the extent of the terms and conditions contained in the order of this court. Concur — McGivern, P. J., Markewich, Kupferman, Lupiano and Lane, JJ.

### (February 28, 1975)

■  ELEANOR T. SCHACHT, on Behalf of Herself and All Others Similarly Situated, Appellant, v. CITY OF NEW YORK et al. Respondents.— Order and judgment (one paper), Supreme Court, New York County, entered on November 25, 1974, unanimously modified, on the law, to the extent of striking the ordering paragraph dismissing the complaint, and otherwise affirmed, without costs and without disbursements. The action being one for a declaratory judgment, and the court having properly declared in favor of the defendants, the complaint should not have been dismissed. Concur — Markewich, J. P., Murphy, Lupiano, Tilzer and Nunez, JJ.  [79 Misc 2d 457.]

## SECOND DEPARTMENT, FEBRUARY, 1975

### (February 3, 1975)

■  J. JOHN AMARO, Respondent, v. CITY OF NEW YORK, Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from a judgment of the Supreme Court, Kings County, as amended by an order of said court entered December 13, 1972, in favor of plaintiff upon a jury verdict of $1,600,000. Judgment reversed, on the law, and new trial granted, solely on the issue of damages, with costs to abide the event, unless, within 30 days after entry of the order to be made hereon, plaintiff shall serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $750,000 and to the entry of an amended judgment accordingly, in which event the judgment, as so reduced and amended, is affirmed, without costs. The findings of fact are affirmed. The verdict was excessive to the extent indicated herein. Hopkins, Acting P. J., Latham, Christ, Benjamin and Munder, JJ., concur.